IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

FILED
APR 14 2011

| | |
|---|---|
| FLORENTINO O. SALAZAR, JR., | 10-CV-939-BR |
| Plaintiff, | |
| v. | JUDGMENT OF DISMISSAL |
| TOWNSEND FARMS, INC., | |
| Defendant. | |

Based on the Stipulated Notice of Dismissal with Prejudice (#11) filed April 11, 2011, this action is **DISMISSED, with prejudice, and each party to bear its own attorneys' fees and costs.**

**IT IS SO ORDERED.**

DATED this 14th day of April, 2011.

ANNA J. BROWN
United States District Judge

JUDGMENT OF DISMISSAL